## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| WILLIAM RINICK, | : | No. 171 EM 2016 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| COMMON PLEAS COURT OF | : | |
| PHILADELPHIA COUNTY CLERK OF | : | |
| THE COURT, (CRIMINAL DIVISION), | : | |
| | | |
| Respondent | | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 30th day of November, 2016, the Application for Leave to File Original Process is **GRANTED**, and the Application for Writ of Mandamus is **DENIED**.